## WOODWARD v. BRUHWILDER.

No. 6421.   Opinion Filed December 14, 1915.

(153 Pac. 863.)

**APPEAL AND ERROR—Briefs—Failure to File—Disposition of Cause.**
Where plaintiff in error fails to comply with rule 7 (38 Okla. vi, 137 Pac. ix) by filing a brief, the cause may be continued or appeal dismissed, or the judgment affirmed, in the discretion of the court.

(Syllabus by the Court.)

*Error from District Court, Oklahoma County;*
*Geo. W. Clark, Judge.*

Proceedings against C. F. Woodward by August Bruhwilder. From the judgment, Woodward brings error. Affirmed.

*Bennett & Pope,* for plaintiff in error.

*C. H. Shubert,* for defendant in error.

PER CURIAM.   This appeal was docketed in this court on May 16, 1914, and was submitted on December 6, 1915.

The plaintiff in error has filed no brief, nor asked for an extension of time within which to do so, nor given any explanation for his failure to comply with rule 7 of this court (38 Okla. vi, 137 Pac. ix).   The defendant in error has filed a motion, asking that the judgment be affirmed.   This motion should be granted.   *Chamberlain v. Fearnow,* 46 Okla. 101, 148 Pac. 138; *Simmons v. Berryhill,* 48 Okla. 98, 149 Pac. 1131.

We therefore recommend that the judgment be affirmed.

By the Court:   It is so ordered.